1 | Malcolm D. Schick, Esq. - State Bar No. 118978
Email: MSchick@GPSchickLaw.com
2 | Erica C. Gonzalez, Esq. - State Bar No. 289557
Email: EGonzalez@GPSchickLaw.com
3 | 99 Almaden Boulevard, Suite 740
San Jose, California 95113-1605
4 | Tel: (408) 995-5050; Fax: (408) 995-5150

Attorneys for defendant,
HOLT REPAIR & MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MONA TOVAR, individually and as Special Administrator of the Estate of Carlos Alexander Tovar, Deceased, and I.T. and O.T., Minors, by and through their Guardian ad Litem, MONA TOVAR,<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD TE VELDE and REBECCA DEE TE VELDE, Trustees of the 2000 Te Velde Family Trust, HOLT REPAIR & MANUFACTURING, INC., and DOES ONE through ONE-HUNDRED, inclusive,<br><br>Defendants. | Case No.: 2:18−CV−02677−WBS−DB<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Magistrate Judge: Deborah Barnes<br>District Judge: William B. ShubbCourtroom: 5, 14th Floor<br>Complaint filed: 8/30/2018<br>Case Removed: 10/02/2018<br>Trial: None Yet Set |

This matter is before the Court on plaintiff MONA TOVAR, individually and as Special Administrator of the Estate of Carlos Alexander Tovar, Deceased, and I.T. and O.T., Minors, by and through their Guardian ad Litem, MONA TOVAR ("PLAINTIFFS"); defendants and cross-claimants BERNARD TE VELDE and REBECCA DEE TE VELDE ("TE VELDE"); and

**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**

defendant HOLT REPAIR & MANUFACTURING, INC. ("HOLT") (collectively "the Parties") Joint Stipulation to Remand Removed Action to State Court (Joint Stipulation to Remand).

Based on the foregoing Joint Stipulation and good cause appearing, the Court hereby orders:

1. The Parties' Joint Stipulation to Remand is granted;

2. Eastern District of California, Case No. 2:18−CV−02677−WBS−DB, entitled <u>MONA TOVAR v. BERNARD TE VELDE, et al.</u> is hereby remanded to San Joaquin Superior Court; and

3. Each Party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action.

**IT IS SO ORDERED.**

Dated: October 23, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**